UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KENNY,

                Plaintiff,

-v-

NATIONAL WATER MAIN CLEANING COMPANY, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 10624 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, November 23, 2021, the Court orders as follows:

1. By **December 3, 2021**, the parties shall file a joint letter advising the Court whether a settlement conference would be useful at this time and, if so, whether the parties prefer a referral to the Court's Mediation Program or to proceed with a settlement conference before the Court. If the parties prefer a settlement conference with the Court, they shall also provide at least three proposed dates and advise as to their preferred format (i.e., by telephone, videoconference, or, if the circumstances allow, in person) for the settlement conference;

2. Fact discovery, including depositions, shall be completed by **January 31, 2022**;

3. By **February 7, 2022**, the parties shall file a letter certifying the completion of fact discovery;

4. Expert discovery, including depositions, shall be completed by **May 2, 2022**, and the interim expert discovery deadlines are amended as follows:

    a. Plaintiff shall serve his expert disclosures by **February 28, 2022**;

    b. Defendant shall serve its expert disclosures by **March 21, 2022**;

5. By **May 9, 2022**, the parties shall file a letter certifying the completion of expert discovery; and

6. A telephone status conference is scheduled for **Monday, January 10, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

No further extensions of the discovery schedule will be granted absent extraordinary circumstances.

Dated:    New York, New York
            November 23, 2021

                                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**