UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN KENNY,<br><br>                    Plaintiff,<br><br>-v-<br><br>NATIONAL WATER MAIN CLEANING COMPANY, INC.,<br><br>                    Defendant. | CIVIL ACTION NO.: 20 Civ. 10624 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' requested extension (ECF No. 30) is GRANTED, and the Court orders as follows:

1. Fact discovery, including depositions, shall be completed by **April 1, 2022**;

2. By **April 8, 2022**, the parties shall file a letter certifying the completion of fact discovery**;**

3. Expert discovery, including depositions, shall be completed by **July 1, 2022**, and the interim expert discovery deadlines are amended as follows:

    a. Plaintiff shall serve his expert disclosures by **April 29, 2022**;

    b. Defendant shall serve its expert disclosures by **May 20, 2022**;

4. By **July 8, 2022**, the parties shall file a letter certifying the completion of expert discovery; and

5. The telephone status conference scheduled for January 24, 2022 at 12:00 pm is ADJOURNED to **Monday, March 7, 2022 at 2:00 pm** and will take place on the Court's

conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

No further extensions of the discovery schedule will be granted absent extraordinary circumstances.

Dated:   New York, New York
         January 21, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**