UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KENNY,

                Plaintiff,

-v-

NATIONAL WATER MAIN CLEANING COMPANY, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 10624 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 21, 2022, the Court extended the fact discovery deadline to April 1, 2022, and directed the parties to file a letter (the "Letter") by April 8, 2022 certifying the completion of fact discovery. (ECF No. 31 (the "Jan. 21 Order")). To date, the parties have failed to file the Letter in compliance with the Jan. 21 Order. As a one-time courtesy to the parties, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **April 15, 2022**.

Dated:    New York, New York
            April 14, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**