UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KENNY,

                     Plaintiff,

    -v-

NATIONAL WATER MAIN CLEANING
COMPANY, INC.,

                     Defendant.

CIVIL ACTION NO.: 20 Civ. 10624 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for an extension of the fact discovery deadline and an adjournment of the settlement conference (ECF No. 34) is GRANTED, and the Court orders as follows:

1. Fact discovery shall be completed by **April 26, 2022**. No further extensions will be granted. By **May 3, 2022**, the parties shall file a joint letter certifying the completing of fact discovery;

2. The expert discovery deadline remains July 1, 2022. (See ECF No. 31). In light of the parties' representation that Plaintiff's independent medical examination is scheduled for May 5, 2022 (ECF No. 34), the Court extends to **June 1, 2022** Defendant's deadline to serve its expert disclosures; and

3. The settlement conference scheduled for May 11, 2022 is ADJOURNED to **Tuesday, June 14, 2022 at 2:00 pm** and will take place in person in Courtroom 18A, 500 Pearl Street, New York. The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 32 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers

(cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **June 8, 2022**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

Dated:      New York, New York
            April 15, 2022

                                    SO ORDERED.

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**