UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KENNY,

                Plaintiff,

-v-

NATIONAL WATER MAIN CLEANING COMPANY, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 10624 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 37 is GRANTED, and the Court orders as follows:

1. The Settlement Conference scheduled for June 14, 2022 is ADJOURNED <u>sine die</u>; and

2. By **July 11, 2022**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Laura Taylor Swain or (ii) a joint letter reporting on the status of their settlement discussions.

Dated:    New York, New York
            June 10, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**