UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN KENNY,

                Plaintiff,

-v-

NATIONAL WATER MAIN CLEANING COMPANY, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 10624 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 10, 2022, at the parties' request, the Court adjourned <u>sine die</u> a previously scheduled settlement conference and directed the parties to file, by July 11, 2022, either (i) a stipulation of dismissal for the attention of the Honorable Laura Taylor Swain or (ii) a joint letter reporting on the status of their settlement discussions. (ECF No. 38 (the "June 10 Order")). The parties failed, however, to comply with the June 10 Order or to request an extension of time to do so. As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs the parties to comply with the June 10 Order by **July 15, 2022**.

Dated:     New York, New York
            July 13, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**